USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JOHN DOE, *et al.*,

Plaintiffs,

-v-

CAPGEMINI AMERICA, INC., *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-7074-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 19, 2026, Plaintiffs filed the complaint. Dkt. No. 1. The same day, Plaintiff John Doe filed a motion to proceed under a pseudonym. Dkt. No. 4. Any opposition to the motion to proceed under a pseudonym must be filed no later than October 2, 2026. Plaintiff John Doe's reply, if any, is due no later than 7 days following service of such opposition.

SO ORDERED.

Dated: August 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge