**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**John Doe, et al.,**

**Plaintiffs,**

**-against-**

**Capgemini America, Inc., et al.,**

**Defendants.**

**1:26-cv-07074 (GHW)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, January 6, 2027 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, December 30, 2026).

**SO ORDERED.**

Dated: New York, New York
October 30, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge